1  McGREGOR W. SCOTT
   United States Attorney
2  MIRIAM R. HINMAN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**

**JUL 1 8 2018**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            CASE NO: 2:18-MJ-133-AC

                   Plaintiff,            [PROPOSED] ORDER TO UNSEAL COMPLAINT
12                                       AND AFFIDAVIT
              v.
13
    DOMINGO ENE and
14  JOSHUA HOPOI,

15                 Defendants.

16

17        Upon application of the United States of America and good cause having been shown,

18        IT IS HEREBY ORDERED that the complaint and underlying affidavit be unsealed in the

19  redacted form provided by the United States Attorney's Office.

20
    Dated:  ___7/18/18___                      _____
21                                             The Honorable Allison Claire
                                               UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28